IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RANDOLPH JOHNSON,

    Plaintiff,

v.                                                              Civil Action No. **3:25CV73**

LARRY HIGH, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

Randolph Johnson, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Johnson failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on June 27, 2025, the Court directed Johnson to submit a particularized complaint within thirty (30) days of the date of entry thereof. The Court warned Johnson that the failure to submit the particularized complaint would result in the dismissal of the action.

More than thirty (30) days have elapsed since the entry of the June 27, 2025 Memorandum Order. Johnson failed to submit a particularized complaint or otherwise respond to the June 27, 2025 Memorandum Order. Thus, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Date: 15 August 2025
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge